1  DAN M. WINDER, ESQ.
   Nevada State Bar No.: 001569
2  ARNOLD WEINSTOCK, ESQ.
   Nevada State Bar No.: 000810
3  LAW OFFICE OF DAN M. WINDER, P.C.
   3507 W. Charleston, Blvd.
4  Las Vegas, NV 89101
   Telephone: (702) 474-0523
5  Facsimile:  (702) 474-0631
   winderdanatty@aol.com
6  Attorney for Defendant
   ERIK ZUNIGA-MANZO
7

8              **UNITED STATE DISTRICT COURT**
                   **DISTRICT OF NEVADA**
9

10 UNITED STATES OF AMERICA,          )
                                      )      Case No: 2:22-cr-134-APG-BNW
11                                    )
   vs.                                )      **STIPULATION TO CONTINUE**
12                                    )      **SENTENCING**
   ERIK ZUNIGA-MANZO,                 )      **(First Request)**
13 KEVIN ZUNIGA                       )
   ALEXANDER CINTRON                  )
14 CARLOS IBARRA                      )
   ARLEN IRIAS                        )
15                                    )
              Defendants.             )
16 _____    )

17

18         **IT IS HEREBY STIPULATED AND AGREED**, by and between ERIK ZUNIGA-

   MANZO, Defendant, by and through his counsel DAN M. WINDER, ESQ., and the United States
19
   of America, by MELANEE SMITH, Assistant United States Attorney, that the sentencing for ERIK
20
   ZUNIGA-MANZO, currently scheduled for July 30, 2024 at 10:00 a.m., in the above-captioned
21
   matter be vacated and continued for 90 days or to a date and time to be set by this Honorable Court
22
           This Stipulation is entered into for the following reasons:
23
           1.      Counsel for the Defendant needs addition time to obtain a copy of the PSI in order
24
   to prepare Sentencing Memorandum.
25
           2.      The Defendant is not  incarcerated and does not object to the continuance.
26
           3.      The parties agree to the continuance.
27
           4.      The additional time requested herein is not sought for purpose of delay, but merely
28
   to allow counsel for Defendant sufficient time to obtain a PSI to prepare a Sentencing Memorandum.

5.    Currently there is a case pending before the 9th Circuit Court of Appeal regarding constitutionality of an ex-felon in possession statute.

6.    Additionally, denial of this request for continuance could result in a miscarriage of justice.  The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), considering the factors under Title 18, United States Code, Section 3161 (h)(7)(b)(I), (iv).

This is the first request to continue Sentencing filed herein.

DATED this 23rd day of July, 2024

DAN M. WINDER, ESQ.                    MELANEE SMITH
Counsel for Defendant                        United States Attorney


/s/Dan M. Winder                              /s/Melanee Smith
DAN M. WINDER, ESQ.                    MELANEE SMITH
                                                        Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,               )
                                        )       Case No: 2:22-cr-134-APG-BNW
                                        )
vs.                                     )       **STIPULATION TO CONTINUE**
                                        )       **SENTENCING**
ERIK ZUNIGA-MANZO,                      )       **(First Request)**
KEVIN ZUNIGA                            )
ALEXANDER CINTRON                       )
CARLOS IBARRA                           )
ARLEN IRIAS                             )
                                        )
                   Defendants.          )
_____     )

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    Counsel for the Defendant needs addition time obtain a copy of the PSI in order to prepare Sentencing Memorandum.

2.    The Defendant is not incarcerated and does not object to the continuance.

3.    The parties agree to the continuance.

4.    The additional time requested herein is not sought for purpose of delay, but merely to allow counsel for Defendant sufficient time to obtain a PSI to prepare a Sentencing Memorandum.

5.    Currently there is a case pending before the 9th Circuit Court of Appeal regarding constitutionality of an ex-felon in possession statute.

6.    Additionally, denial of this request for continuance could result in a miscarriage of justice.  The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), considering the factors under Title 18, United States Code, Section 3161 (h)(7)(b)(I), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granted said continuance outweigh the best interest of the public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), considering the factors under Title 18, United States Code, Section 3161 (h)(7)(b)(I), (iv).

## ORDER

**IT IS FURTHER ORDERED** that the Sentencing currently scheduled for July 30, 2024 at 10:00 a.m., be vacated and continued to October 29, 2024 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 24th day of July, 2024.

_____

UNITED STATES DISTRICT JUDGE